| | |
|---|---|
| 1 | **Law Offices of Brian C. Ostler, Sr.**   MADE JS-6 |
|   | A Professional Corporation |
| 2 | Brian C. Ostler, Sr., Esq. Bar #183935 |
|   | William L. Smith, Jr., Esq. Bar #242143 |
| 3 | 558 S. Harbor Blvd., Second Floor |
|   | Anaheim, CA 92805-4518 |
| 4 | Telephone:  (714) 535-9900 Fax: (714) 520-8440 |

5  Attorneys for Plaintiffs,
       RICK ANTHONY SIMMONS and
6      CALIFORNIA CLAIM CONSULTANTS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICK ANTHONY SIMMONS, an individual; | CASE NO.: EDCV 06-126 GW(PLAx) |
| CALIFORNIA CLAIM CONSULTANTS, INC., a corporation. | [HONORABLE PAUL ABRAMS, MAGISTRATE JUDGE] |
| Plaintiffs, | **JUDGMENT ON SPECIAL VERDICT** |
| v. | ASSIGNED TO HON. GEORGE WU, COURTROOM 10. |
| WILLIE D. MITCHELL aka BILL MITCHELL dba MITCHELL AND COMPANY PUBLIC ADJUSTERS & CLAIM CONSULTANTS an individual; | TRIAL: JUNE 24, 2008 |
| BM ADJUSTING, INC. dba MITCHELL AND COMPANY PUBLIC ADJUSTERS & CLAIM CONSULTANTS a corporation. | |
| Defendants. | |

This action came on regularly for trial on JUNE 24, 2008, in COURTROOM 10 of the UNITED STATES DISTRICT COURT, CENTRAL DISTRICT of CALIFORNIA, in LOS ANGELES, the Honorable GEORGE WU, Judge presiding; the plaintiffs present and also appearing by attorney Brian C. Ostler, Sr. of the Law Offices of Brian C. Ostler, Sr., and defendants present and appearing by attorney Robin D. Perry of the LAW OFFICES OF ROBIN D. PERRY.

The Court having previously granted partial summary judgment

in favor of Plaintiffs RICK ANTHONY SIMMONS and CALIFORNIA CLAIM CONSULTANTS, INC. on Plaintiffs' First Cause of Action for INFRINGEMENT OF COPYRIGHT, leaving the issues of damages to be tried by the jury, damages on Plaintiffs' First Cause of Action, was tried before the jury.

A jury of 8 persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on special issues. The jury deliberated and thereafter returned into court with its verdict as follows:

**Special Verdict**

**We, the jury in the above entitled action, find the following special verdict on the questions submitted to us:**

1. What are Plaintiffs' actual damages for Defendants' use of the "Mitchell & Company" version of the brochure?

   $0

2. How much, in gross revenue, did the defendants make as a result of distributing their version of the brochure, that is not already included in the plaintiff's actual damages?

   $90,894

3. What are Defendants' expenses for producing the gross revenue that is attributable to the use of the infringing brochure?

   $58,922

It appearing by reason of said verdict that: Plaintiffs RICK ANTHONY SIMMONS and CALIFORNIA CLAIM CONSULTANTS, INC., are entitled to Judgment against defendants WILLIE D. MITCHELL aka BILL MITCHELL dba MITCHELL AND COMPANY PUBLIC ADJUSTERS & CLAIM

CONSULTANTS, an individual; and BM ADJUSTING, INC. dba MITCHELL AND COMPANY PUBLIC ADJUSTERS & CLAIM CONSULTANTS.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs RICK ANTHONY SIMMONS and CALIFORNIA CLAIM CONSULTANTS, INC. recover from defendants WILLIE D. MITCHELL aka BILL MITCHELL dba MITCHELL AND COMPANY PUBLIC ADJUSTERS & CLAIM CONSULTANTS, an individual; and BM ADJUSTING, INC. dba MITCHELL AND COMPANY PUBLIC ADJUSTERS & CLAIM CONSULTANTS, the sum of $31,972.00, plus prejudgment interest in the amount of $7,726.00, together with interest thereon at the legal rate of interest on judgments from the date of the entry of this judgment until paid.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants B.M. Adjusting, Inc. and Willie D. Mitchell are hereby enjoined from manufacturing, reproducing, displaying, distributing, or publishing Mitchell & Company Brochure (a copy of which is attached to the First Amended Complaint as Exhibit 1), or any other materials that are substantially similar to the California Claim Brochure (a copy of which is attached to the First Amended Complaint as Exhibit 2). Within 30 days, Defendants B.M. Adjusting, Inc. and Willie D. Mitchell must deliver to the Plaintiff for destruction all copies of the Mitchell & Company Brochure and all masters, plates, computer files, or other articles by means of which copies of the Mitchell & Company Brochure may be reproduced.

Dated: July 11, 2008   _____
                       Hon. George Wu
                       United States District Court Judge

Simmons & California Claim Consultants, Inc. v. Mitchell, Case # EDCV 06-126 GW; **JUDGMENT ON SPECIAL VERDICT.**